FILED _____ LODGED _____
_____ RECEIVED

Sep 25, 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TORIN LePAGE,

Defendant.

NO. CR25-5251BHS

FELONY INFORMATION

The United States Attorney charges that:

### COUNT 1
**(Unlawful Possession of a Firearm)**

On or about May 5, 2025, in Skamania County, within the Western District of Washington, TORIN LePAGE, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Conspiracy to Commit Access Device Fraud*, in the United States District Court for the District of Oregon, under case number 3:21-CR-00054-IM-2, on or about February 2, 2022,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: two 3D printed personally made firearm (PMF) frames.

All in violation of Title 18, United States Code, Section 922(g)(1).

Information - 1
*United States v. LePage*,
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 Pacific Ave., Suite 700
Tacoma, Washington 98402
(253) 428-3800

# **FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, TOREN LePAGE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

    a.    two 3D printed personally made firearm (PMF) frames.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or,
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 25th day of September, 2025.

*s/ Marci L. Ellsworth* for
TEAL LUTHY MILLER
Acting United States Attorney

*s/ Marci L. Ellsworth* for
MARCI L. ELLSWORTH
Assistant United States Attorney

Information - 2
*United States v. LePage*,
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 Pacific Ave., Suite 700
Tacoma, Washington 98402
(253) 428-3800